**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JAH JAH BEY,
1462 Belmont Street NW
Washington, DC 20009,

                                  Plaintiff,

- vs -

GC SERVICES LIMITED PARTNERSHIP,
Registered Agent: 1015 15th Street NW, Suite 1000
Washington, DC 20005,

                                  Defendant.

Civil Action No.: 15-593

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant GS Services Limited Partnership ("GCS"), by counsel, hereby removes this action from the Superior Court for the District of Columbia (the "Superior Court") to the United States District Court for the District of Columbia. Removal is proper as this Court has subject matter jurisdiction over the removed action, which implicates questions of federal law, pursuant to 28 U.S.C. §§ 1331 and 1367.

## BACKGROUND

1.      On or about March 27, 2015, Plaintiff Jah Jah Bey ("Plaintiff") filed a Complaint against GCS in the Superior Court, commencing Case No. 2015 CA 002116 B (the "Removed Action"). Copies of the Summons and Complaint are attached hereto as Exhibit A. Plaintiff's claims appear to arise out of an alleged debt collection.

2.      On or about April 2, 2015, GCS received a copy of the Summons and Complaint by certified mail.

3.      There are no other defendants in this case.  This Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b).

4.      Plaintiff's Complaint asserts the following causes of action:

  i.      COUNT I:  "Violations of FDCPA" Comp. ¶¶ 30-36;

  ii.      COUNT II:  "Violation of FCRA," Comp. ¶¶ 37-42;

  iii.      COUNT III:  "Violations of DCCPPA," Comp. ¶¶ 43-46;

  iv.      COUNT IV:  "Violations of Consumer Act," Comp. ¶¶ 47-50;

### BASIS FOR REMOVAL

5.      GCS denies generally the allegations in the Complaint, denies that Plaintiff states a claim for which relief may be granted, and denies that Plaintiff sustained legally recoverable damages.  Nevertheless, assuming for jurisdictional purposes only that Plaintiff's claims are valid, Plaintiff could have originally filed his Complaint in this Court pursuant to 28 U.S.C. §§ 1331 and 1367.  Removal is therefore proper under 28 U.S.C. § 1441.

### I.      Federal Question Jurisdiction Exists under 28 U.S.C. § 1331

6.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 over the Removed Action because Plaintiff asserts claims involving questions that will require resolution of significant, disputed issues of federal law, including Plaintiff's claims in Count I (for alleged violations of the Fair Debt Collections Practices Act ("FDCPA")) and Count II (for alleged violations of the Fair Credit Reporting Act ("FRCA")) (collectively, the "Federal Claims").

7.      Plaintiff alleges that GCS violated FDCPA and FCRA and seeks an award of damages available under the relevant federal statutes.  To determine whether Plaintiff's claims are valid, the Court will necessarily have to decide whether GCS violated these statutes. Accordingly, the outcome of this case depends upon substantial questions of federal law and qualifies for federal question jurisdiction. *See Grable & Sons Metal Prods. v. Darue Eng'g &*

*Mfg.*, 545 U.S. 303, 312 (2005) (federal question jurisdiction exists if resolution of claims depends on significant questions of federal law).

8.      Because Plaintiff's Complaint requires rulings on the Federal Claims, the Court has federal question jurisdiction over Counts I and II of the Complaint pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over all remaining claims pursuant to 28 U.S.C. § 1367. Accordingly, the Removed Action is removable to this Court under 28 U.S.C. § 1441.

## II.      Venue is Appropriate in this District

8.      Venue is proper in this Court because this district and division encompass the District of Columbia—the county wherein the Superior Court, the forum from which this case has been removed, is located.  *See* 28 U.S.C. § 1441.

9.      Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action has been served on Plaintiff, and a Notice of Removal to Federal Court is simultaneously being filed with the Clerk of the Superior Court.  A true copy of the Notice of Removal to Federal Court is attached hereto as Exhibit B.

WHEREFORE, GC Services Limited Partnership, by counsel, hereby removes the above-referenced action now pending against them in Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Dated: April 20, 2015                              Respectfully submitted,

                                                             */s/W. Michael Holm*
                                                             W. Michael Holm (Bar No. 387808)
                                                             LeClairRyan, a Professional Corporation
                                                             2318 Mill Road, Suite 1100
                                                             Alexandria, Virginia  22310
                                                             (703) 647-5927 (phone)
                                                             (703) 647-5967 (facsimile)
                                                             michael.holm@leclairryan.com

                                                             ***Counsel for GC Services Limited Partnership***

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2015, I served a copy of the foregoing on the following

*pro se* plaintiff via U.S Mail:

Jah Jah Bey
1462 Belmont Street NW
Washington, DC 20009

/s/ _____
W. Michael Holm (Bar No. 387808)
LeClairRyan, a Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, Virginia  22310
(703) 647-5927 (phone)
(703) 647-5967 (facsimile)
michael.holm@leclairryan.com

**Counsel for GC Services Limited
Partnership**