## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAH JAH BEY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 15-cv- 593 (TSC) |
| ) | |
| **GS SERVICES LIMITED PARTNERSHIP**, ) ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT

The parties in this action have filed notices informing the Court that they have reached a settlement. (ECF Nos. 9, 10 11). Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED** without prejudice. If settlement is not consummated, either party may reopen the action until **June 30, 2015**, upon motion approved by the Court. Should either party fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

The Clerk of the Court shall mail a copy of this order to:

**JAH JAH BEY**
1462 Belmont Street
D Level
Washington, DC 20009

Date:  May 21, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge